**STATE of Missouri, Respondent,**

v.

**Daniel E. BIERLEY, Appellant.**

**No. WD 39903.**

Missouri Court of Appeals,
Western District.

Sept. 13, 1988.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of robbery in the first degree and armed criminal action, and from concurrent sentences of eighteen and fifteen years imprisonment, respectively.

Affirmed. Rule 30.25(b).